## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Quinn Emanuel Urquhart & Sullivan, LLP

                                        Plaintiff,

v.                                                                  Case No.: 1:23–cv–04266

                                                                                      Honorable Rebecca R. Pallmeyer

Sanjay Gupta

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Agreed motion to stay proceedings until stay of discovery is lifted in underlying case [14] is granted. Case stayed. Response deadline of 8/15/23 and status hearing set for 8/25/2023 are stricken. Parties are directed to provide this court with a brief status report no later than August 28, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.