

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   K. McKenzie Anderson

Firm   Quinn Emanuel Urquhart & Sullivan, LLP

Street Address   295 5TH AVE

City/State/Zip Code   New York, NY 10016-7103

Phone Number   212-849-7126

Email address   mckenzieanderson@quinnemanuel.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.
Katie McKenzie Anderson

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cr-00864-1 | USA v. Desai | Thomas M. Durkin |
| 1:23-cv-04266 | Quinn Emanuel Urquhart & Sullivan, LLP v. Gupta | Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |

Signature of Attorney

12/10/2024
Date

Rev. 01272016