# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Quinn Emanuel Urquhart & Sullivan, LLP

                Plaintiff,

v.                                     Case No.: 1:23–cv–04266

                                           Honorable Rebecca R. Pallmeyer

Sanjay Gupta

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the parties' resolution, as explained in their joint status report, Quinn Emanuel's petition and motion to quash pursuant to Federal Rule of Civil Procedure 45(d)(3)(A) is dismissed as moot. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.